IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Rick Morphew, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:05-CV-175 |
| | § | (Judge Steger/Jury Trial) |
| The Cluett Corporation, Celebrity, Inc., | § | |
| and KRG Capital, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S STIPULATION OF DISMISSAL OF DEFENDANT KRG CAPITAL, L.L.C

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Rick Morphew hereby submits the following Stipulation of Dismissal of Defendant KRG Capital, L.L.C. from the above-numbered and titled cause of action. Defendant KRG Capital, L.L.C. is the only party being dismissed by this stipulation and this dismissal does not alter or affect Plaintiff's claims against the remaining Defendants. This dismissal is without prejudice. Each party shall bear its own costs in connection with this dismissal. This dismissal has been stipulated to, and approved by signatures below, by representatives of all parties.

Respectfully submitted,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Phone: (214) 720-2009
Fax:    (214) 720-2291

By_____
Susan D. Motley
State Bar No. 24002655
Joseph Gillespie
State Bar No. 24036636

## SIGNATURE OF STIPULATION BY COUNSEL FOR DEFENDANTS

The above and foregoing has been approved in form and substance by the Defendants' counsel of record, John F. Bufe, as indicated by signature below.

By *John F. Bufe (by permission JHG)*
John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com
POTTER MINTON P.C.
110 N. College
Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded via the Court's electronic filing system upon Defendants' counsel of record:

John F. Bufe
POTTER MINTON P.C.
110 N. College
Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710

*Joseph H. Gillespie*
Joseph H. Gillespie
12/30/05